UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY NORWOOD,

        Petitioner,

                                                    Case No. 11-12686

v.

                                                    Honorable Patrick J. Duggan

PAUL KLEE,

        Respondent.
_____/

## **JUDGMENT**

On June 21, 2011, Jerry Norwood filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On this date, the Court entered an Opinion and Order holding that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus is **SUMMARILY DENIED**.


Dated: July 15, 2011                              s/PATRICK J. DUGGAN
                                                                    UNITED STATES DISTRICT JUDGE

Copies to:

Jerry Norwood, #299438
Gus Harrison Correctional Facility
2727 E. Beecher St.
Adrian, MI 49221